## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

**David Landfair,**

    **Plaintiff,**

v.

**Valiant Auto LLC d/b/a Automotive Services Center, et al.**

    **Defendants.**

Civil Action No. 1:21-cv-03921

### NOTICE OF SETTLEMENT

Please take notice that on September 20, 2021, the parties to this action reached a settlement in principle that would resolve this entire action as to all Defendants. Accordingly, MediaStratX LLC, Valiant Auto LLC, and Erik Rameson respectfully, and with the consent of Plaintiff and the remaining Defendants, submit this Notice and request that this case be stayed for a period of 120 days or until such time that dismissal papers are filed in accordance with the parties' settlement agreement.

Upon review of this Notice, it is SO ORDERED that this case is stayed for a period of 120 days to afford the parties an opportunity to conclude the contemplated settlement and file the appropriate dismissal papers.

Dated:                                                        _____
                                                                PEGGY KUO
                                                                UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2021

Respectfully Submitted,

MEDIASTRATX LLC, VALIANT AUTO LLC, AND ERIK RAMESON

By Counsel

/s/
Bob Kasolas
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, New Jersey 07068
T: 973-403-3139
F: 973-618-5539
Email: bkasolas@bracheichler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, the foregoing Notice of Settlement was filed through the Court's electronic filing system and will be sent electronically to the parties' counsel of record via the Court's electronic filing system.

/s/
Bob Kasolas