UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Landfair,<br><br>Plaintiff,<br><br>v.<br><br>Valiant Auto LLC d/b/a/ Automotive Services Center, Mediastratx LLC, Erik Rameson, Black Diamond Administrative Company LLC, Brent Kreke, FiStream, Inc., Blue Ridge Indemnity Company, John/Jane Does 1-5,<br><br>Defendants. | § § § § § § § § § § § § § § § § § §   Civil Action No.<br>1:21-cv-03921-ENV-PK<br><br>**RULE 41 NOTICE OF VOLUNTARY DISMISSAL** |

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff hereby dismisses with prejudice its claims against all defendants in the above-captioned matter.

Dated: Brooklyn, New York

      January 10, 2022

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/11/2022

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

Respectfully submitted,

Galina Feldsherova
KOPELEVICH & FELDSHEROVA, P.C.
Attorneys for Plaintiff
241 37th St., Ste B439
Brooklyn, NY 11232
718-332-0577
gfeldsherova@kflawny.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022 a copy of the foregoing **Notice of Dismissal** of claims with prejudice against all defendants was filed and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service:

Galina Feldsherova
KOPELEVICH & FELDSHEROVA, P.C.
Attorneys for Plaintiff
241 37th St., Ste B439
Brooklyn, NY 11232
718-332-0577
gfeldsherova@kflawny.com